**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

GARRY MICHEL,

      Plaintiff,

    v.

ORANGE COUNTY, NEW YORK; JOSEPH
D. CIMORELLI; CHARLES M. WETZEL;
and ERIC A. COLBY

      Defendants.

---

No. 7:21-cv-9406-CS

~~[PROPOSED]~~ **ORDER TO FILE
UNDER SEAL**

---

WHEREAS, the parties having agreed to the following terms of redaction and sealing, and the Court having found that good cause exists for the issuance of an appropriately tailored order pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Rule 11 of the Court's Individual Rules of Practice, Local Rules, S.D.N.Y. Electronic Case Filing Rule 6, and the protective order in effect in this case (ECF No. 46), it is hereby

ORDERED that the Parties may file redacted versions, available in public view on the court's ECF system, and unredacted versions, filed under seal of:

1. Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment

2. Defendants' Rule 56.1 Statement

3. Defendants' Exhibit C to Defendants' Motion for Summary Judgment

4. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment

5. Plaintiff's Rule 56.1 Counterstatement

6. Plaintiff's Exhibits 1, 7–8, 9, 15–17, and 21–22 to Plaintiff's Opposition

IT IS FURTHER ORDERED that the Parties may file under seal Defendants' Exhibit D / Plaintiff's Exhibit 6 in its entirety.

SO STIPULATED AND AGREED.

White Plains, New York

/s/ Dina Ljekperic

Counsel for Plaintiff

Dated:  December 5, 2025

/s/ William S. Badura

Counsel for Defendants

Dated:  December 5, 2025

SO ORDERED.

Date: _____Dec. 5_____, 2025

CATHY SEIBEL

United States District Judge

The Clerk shall terminate ECF No. 75.

2