UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARRY MICHEL,

Plaintiff,

- against -

ORANGE COUNTY, N.Y., *et al.*

Defendants.
------------------------------------------------------------x

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

No. 21-CV-9406 (CS)

Seibel, J.

For the reasons set forth on the record at the July 7, 2026 conference, the Defendants' motion for summary judgment, (ECF No. 68), is GRANTED in part and DENIED in part. Plaintiff's letter motion for oral argument, (ECF No. 82), is DENIED. The Clerk of Court is respectfully directed to terminate the pending motions, (ECF Nos. 68, 82), and terminate Charles Wetzel as a defendant.

**SO ORDERED.**

Dated: July 7, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.