UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Michel,

Plaintiff(s),

-against –

Orange County, N.Y. et al,

Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-09406 (CS)

Seibel, J.

It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**SO ORDERED**.

Dated: September 10, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.